**DONN W. PROKOPIUS, CHTD.**
DONN W. PROKOPIUS, ESQ.
Nevada State Bar No. 006460
931 S. Third Street
Las Vegas, Nevada 89101
dwp_law@yahoo.com
Phone: (702) 474-0500
Facsimile: (702) 951-8022
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNIE MAE CURTIS, an individual | |
| Plaintiff, | Case No 2:12-cv-00756-JCM -CWH |
| vs. | |
| LITTON LOAN SERVICING, LP, a Foreign Limited Partnership; CITIBANK, N.A., a Foreign Corporation; NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, Inc., a Foreign Corporation; OCWEN FINANCIAL CORPORATION, a Foreign Corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive, | **NOTICE OF DISMISSAL** AND ORDER |
| Defendants | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Annie Mae Curtis, an individual, by and through her counsel of record, DONN W. PROKOPIUS, ESQ. hereby moves and otherwise gives notice of his dismissal of this action against LITTON LOAN SERVICING, LP, a Foreign Limited Partnership, and OCWEN FINANCIAL CORPORATION, a Foreign Corporation.

Plaintiff submits that all matters between LITTON and OCWEN have been resolved, and that

all other parties have been dismissed. Further, the Court has not issued a Discovery

Plan/Scheduling Order in this matter, nor has a trial date been set.

Dated this ___ day of July, 2012.

**DONN W. PROKOPIUS, CHTD.**
*/s/ Donn W. Prokopius, Esq.*
DONN W. PROKOPIUS, ESQ.
Nevada Bar No. 6460
931 South Third Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Annie Mae Curtis*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: _____July 25, 2012_____